# Exhibit 2

| US11032524 | Hikvision DS-2DE4425IW-DE ("The accused product") |
|---|---|
| 7. A camera comprising: | The accused product is a camera.<br><br>As shown below, the accused product is a camera.<br><br><br><br>https://www.hikvision.com/us-en/products/network-products/ip-ptz-cameras/pro-series/ds-2de4425iw-de/ |

| | |
|---|---|
| |  Hikvision DS-2DE4425IW-DE(T5) 4MP 25× Network IR Speed Dome adopts 1/2.8" progressive scan CMOS chip. With the 25× optical zoom lens, the camera offers more details over expansive areas. This series of cameras can be widely used for wide ranges of high-definition, such as the rivers, roads, railways, airports, squares, parks, scenic spots, and venues, etc.<br><br>• Focuses on human and vehicle targets classification based on deep learning<br>• Support face capture. Up to 5 faces captured at the same time<br>• 1/2.8" progressive scan CMOS<br>• High quality imaging with 4 MP resolution<br>• Excellent low-light performance with<br><br>https://www.hikvision.com/content/dam/hikvision/usa/data-sheet/value-ip-ptz/DS-2DE4425IW-DE.pdf |
| a memory comprises computer program code, and | The accused product discloses a memory (e.g., memory holding the firmware of the accused product) comprises computer program code (e.g., firmware).<br><br>As shown below, the accused product runs firmware that provides various features. This firmware is stored in nonvolatile memory of the accused product.<br><br>**DS-2DE4425IW-DE**   Specification   Resources<br><br>**Firmware**  ⓘ For better user experience, we highly recommend you to update your device to the latest firmware asap.<br><br>Firmware_V5.8.12_250915<br>V5.8.12_250915 Release Note<br>Applied to:   DS-2DE4425IW-DE(T5)   DS-2DE4425IW-DE( -STD)(T5)<br><br>computer program code<br><br>https://www.hikvision.com/us-en/products/network-products/ip-ptz-cameras/ |

pro-series/ds-2de4425iw-de/

## 11.7 Upgrade

**Before You Start**
You need to obtain the correct upgrade package.

 **Caution**
DO NOT disconnect power during the process, and the device reboots automatically after upgrade.

**Steps**
1. Go to Configuration → System → Maintenance → Upgrade & Maintenance .
2. Choose one method to upgrade.

| | |
|---|---|
| Firmware | Locate the exact path of the upgrade file. |
| Firmware Directory | Locate the directory which the upgrade file belongs to. |

https://www.manualslib.com/manual/4082057/Hikvision-Ds-2de4425iw-De-T5.html?page=89#manual

# What is firmware?

Firmware, also known as "software for hardware," is program code embedded in hardware devices that enables them and their features to function properly. Firmware is regularly updated to fix common problems, add or expand features or increase a device's compatibility with new technologies.

Many devices rely on firmware to function, including TVs, cameras, mobile phones, printers, drives and more. Firmware is located in a device's nonvolatile memory, where content can be stored when a device is off. Firmware can be written to different memory types including, random access memory (RAM), read-only memory (ROM), erasable programmable read-only memory (EPROM) and flash memory.

> Whitepaper
>
> Empowering platform teams to do cloud right
>
> Learn how platform teams can standardize workflows and unify infrastructure and security lifecycle management with a platform-as-a-product approach.
>
> **Read the whitepaper** →

https://www.ibm.com/think/topics/firmware

| | |
|---|---|
| | The technology behind IP security cameras is very unlike webcams. Computer webcams are only the image sensors which merely capture a raw video file and transmit the data through USB cables. A software application running on the computer (not the camera) utilizes the computer processor to encode the analog input to digital. IP cameras, on the other hand **have their own CPU** (central processing unit), and components necessary to do the encoding, decoding, apply algorithms etc.  Below is an illustrative diagram of an IP camera.  Also highlighted with a dashed red line is the analog part of the camera and all the rest are additional components that make it an IP camera.<br><br>Contrary to a webcam, an IP security camera has its own web server. Meaning it has the capacity to stream video independently from a computer.  That's why similar to a computer, memory components and a CPU exist within a camera to handle video compression, web server firmware, de-interlace preprocessing, noise filtering and so on.<br><br>https://cctvagent.com/security-cameras/inside-ip-security-cameras |
| at least one processor configured to, with the computer program code, cause the camera to: | The accused product discloses at least one processor (e.g., processor of the accused product) configured to, with the computer program code (e.g., firmware).<br><br>As shown below, the accused product is an IP camera and includes a processor that runs firmware.<br><br>The technology behind IP security cameras is very unlike webcams. Computer webcams are only the image sensors which merely capture a raw video file and transmit the data through USB cables. A software application running on the computer (not the camera) utilizes the computer processor to encode the analog input to digital. IP cameras, on the other hand **have their own CPU** (central processing unit), and components necessary to do the encoding, decoding, apply algorithms etc.  Below is an illustrative diagram of an IP camera.  Also highlighted with a dashed red line is the analog part of the camera and all the rest are additional components that make it an IP camera.<br><br>Contrary to a webcam, an IP security camera has its own web server. Meaning it has the capacity to stream video independently from a computer.  That's why similar to a computer, memory components and a CPU exist within a camera to handle video compression, web server firmware, de-interlace preprocessing, noise filtering and so on.<br><br>https://cctvagent.com/security-cameras/inside-ip-security-cameras |



https://www.hikvision.com/us-en/products/network-products/ip-ptz-cameras/pro-series/ds-2de4425iw-de/

https://www.ibm.com/think/topics/firmware

| | |
|---|---|
| associate a unique identifier of the first device with the camera; | The accused product discloses associating a unique identifier (e.g., a unique IP address) of the first device (e.g., a first device used to access the accused product) with the camera (e.g., the accused product).<br><br>As shown below, the accused product hosts a web server which provides an interface to access the accused product from a first device using a user account |

with login credential. Upon access by a first device, the accused product establishes and records an IP session, during which the camera logs the source IP address of the first device. This IP address serves as a unique identifier and is stored in association with the camera in its access logs, thereby linking the first device to the camera for the corresponding session.

| Network | |
|---|---|
| Network Storage | NAS (NFS, SMB/CIFS), auto network replenishment (ANR) |
| Protocols | IPv4/IPv6, HTTP, HTTPS, 802.1x, QoS, FTP, SMTP, UPnP, SNMP, DNS, DDNS, NTP, RTSP, RTCP, RTP, TCP/IP, UDP, IGMP, ICMP, DHCP, PPPoE, Bonjour, Websocket, Websockets |
| API | Open Network Video Interface (Version 19.12, Profile S, Profile G, Profile T), ISAPI, SDK, ISUP |
| Simultaneous Live View | Up to 20 channels |
| User/Host | Up to 32 users, 3 user levels: administrator, operator, and user |
| Security | Password protection, complicated password, HTTPS encryption, 802.1X authentication (EAP-TLS, EAP-LEAP, EAP-MD5), watermark, IP address filter, basic and digest authentication for HTTP/HTTPS, RTP/RTSP over HTTPS, control timeout settings, security audit log, TLS 1.2, TLS 1.3, host authentication (MAC address) |
| Client | iVMS-4200, HikCentral Pro, Hik-Connect |
| Web Browser | Chrome 57.0+, Firefox 52.0+, Safari 11+, IE11 |

https://www.hikvision.com/content/dam/hikvision/usa/data-sheet/value-ip-ptz/DS-2DE4425IW-DE.pdf

# What Is an IP Session?

An IP session refers to a temporary connection between two devices (e.g., your computer and a website server) using their Internet Protocol (IP) addresses. It establishes a pathway for data exchange, with a defined start and end point. Sessions are governed by protocols like TCP/IP and are essential for tasks requiring persistent communication, such as:

https://blog.proxy302.com/index.php/what-are-ip-sessions-the-complete-guide-2025/



## Search and Manage Log

Log helps locate and troubleshoot problems.

**Steps**

1. Go to **Maintenance and Security** > **Maintenance** > **Log**.

2. Set search conditions **Major Type**, **Minor Type**, **Start Time**, and **End Time**.

3. Click **Search**.

   The matched log files will be displayed on the log list.

4. **Optional:** Click **Export** to save the log files in your computer.

https://pinfo.hikvision.com/hkwsen/unzip/20240822144410_43367_doc/index.html?guid=GUID-7E2A9CFD-1CAB-4B81-AE9E-01BBEAE69537.html

Network Camera User Manual

| No. | Time | Major Type | Minor Type | Channel No. | Local/Remote User | Remote Host IP |
|---|---|---|---|---|---|---|
| 1 | 2018-12-14 17:22:08 | Operation | Remote: Get Network Par... | 1 | admin | 10.6.112.12 |
| 2 | 2018-12-14 17:22:08 | Operation | Remote: Get Security Par... | 1 | admin | 10.6.112.12 |
| 3 | 2018-12-14 17:22:08 | Operation | Remote: Get Security Par... | 1 | admin | 10.6.112.12 |
| 4 | 2018-12-14 17:11:44 | Operation | Remote: Get Security Par... | 1 | admin | 10.6.112.12 |
| 5 | 2018-12-14 17:11:44 | Operation | Remote: Get Security Par... | 1 | admin | 10.6.112.12 |
| 6 | 2018-12-14 17:11:44 | Operation | Remote: Get Parameters | 1 | admin | 10.6.112.12 |
| 7 | 2018-12-14 17:11:43 | Operation | Remote: Get Security Par... | 1 | admin | 10.6.112.12 |
| 8 | 2018-12-14 17:11:06 | Operation | Remote: Get Security Par... | 1 | admin | 10.6.112.12 |
| 9 | 2018-12-14 17:11:04 | Operation | Remote: Get Security Par... | 1 | admin | 10.6.112.12 |
| 10 | 2018-12-14 17:11:03 | Operation | Remote: Login | 1 | admin | 10.6.112.12 |

unique identifier

https://www.hikvision.com/content/dam/hikvision/products/S000000001/S000000002/S000000003/S000000021/OFR000052/M000012238/User_Manual/UD16026B_Baseline_User-Manual-of-Network-Camera_V5.5.95_20190812.pdf

| | |
|---|---|
| establish a first communication with the first device based on the unique identifier of the first device, where the first communication allows the first device to control the camera, wherein controlling the camera comprising one or more of: capturing an image using the camera, capturing a video using the camera, zooming the camera, panning the camera, and tilting the camera; | The accused product discloses establishing a first communication (e.g., first IP session) with the first device (e.g., a first device used to access the accused product) based on the unique identifier (e.g., a unique IP address) of the first device (e.g., a first device used to access the accused product), where the first communication (e.g., first IP session) allows the first device (e.g., a first device used to access the accused product) to control the camera (e.g., the accused product), wherein controlling the camera comprising one or more of: capturing an image using the camera, capturing a video using the camera, zooming the camera, panning the camera, and tilting the camera.<br><br>As shown below, the accused product hosts a web server which provides an interface to access the accused product from a first device using a user account with login credential. Upon access by a first device, the accused product establishes and records an IP session, during which the camera logs the source IP address of the first device. This IP address serves as a unique identifier and is stored in association with the camera in its access logs. Upon successful authentication, the web interface allows the user to control the accused product, including functions such as capturing video. |



Network Camera User Manual

https://www.hikvision.com/content/dam/hikvision/products/S000000001/
S000000002/S000000003/S000000021/OFR000052/M000012238/
User_Manual/UD16026B_Baseline_User-Manual-of-Network-
Camera_V5.5.95_20190812.pdf

# What Is an IP Session?

An IP session refers to a temporary connection between two devices (e.g., your computer and a website server) using their Internet Protocol (IP) addresses. It establishes a pathway for data exchange, with a defined start and end point. Sessions are governed by protocols like TCP/IP and are essential for tasks requiring persistent communication, such as:

https://blog.proxy302.com/index.php/what-are-ip-sessions-the-complete-guide-
2025/



https://www.youtube.com/watch?v=-SySAiQLTiY

| | |
|---|---|
| | https://www.youtube.com/watch?v=-SySAiQLTiY |
| associate a unique identifier of the second device with the camera; and | The accused product discloses associating a unique identifier (e.g., a unique IP address) of the second device (e.g., a second device used to access the accused product) with the camera (e.g., the accused product).<br><br>As shown below, the accused product hosts a web server which provides an interface to access the accused product from a second device using a user account with login credential. Upon access by a second device, the accused product establishes and records an IP session, during which the camera logs the source IP address of the second device. This IP address serves as a unique identifier and is stored in association with the camera in its access logs, thereby linking the second device to the camera for the corresponding session. |

| Network | |
|---|---|
| Network Storage | NAS (NFS, SMB/CIFS), auto network replenishment (ANR) |
| Protocols | IPv4/IPv6, HTTP, HTTPS, 802.1x, QoS, FTP, SMTP, UPnP, SNMP, DNS, DDNS, NTP, RTSP, RTCP, RTP, TCP/IP, UDP, IGMP, ICMP, DHCP, PPPoE, Bonjour, Websocket, Websockets |
| API | Open Network Video Interface (Version 19.12, Profile S, Profile G, Profile T), ISAPI, SDK, ISUP |
| Simultaneous Live View | Up to 20 channels |
| User/Host | Up to 32 users, 3 user levels: administrator, operator, and user |
| Security | Password protection, complicated password, HTTPS encryption, 802.1X authentication (EAP-TLS, EAP-LEAP, EAP-MD5), watermark, IP address filter, basic and digest authentication for HTTP/HTTPS, RTP/RTSP over HTTPS, control timeout settings, security audit log, TLS 1.2, TLS 1.3, host authentication (MAC address) |
| Client | iVMS-4200, HikCentral Pro, Hik-Connect |
| Web Browser | Chrome 57.0+, Firefox 52.0+, Safari 11+, IE11 |

https://www.hikvision.com/content/dam/hikvision/usa/data-sheet/value-ip-ptz/DS-2DE4425IW-DE.pdf

# What Is an IP Session?

An IP session refers to a temporary connection between two devices (e.g., your computer and a website server) using their Internet Protocol (IP) addresses. It establishes a pathway for data exchange, with a defined start and end point. Sessions are governed by protocols like TCP/IP and are essential for tasks requiring persistent communication, such as:

https://blog.proxy302.com/index.php/what-are-ip-sessions-the-complete-guide-2025/

## Search and Manage Log

Log helps locate and troubleshoot problems.

**Steps**

1. Go to **Maintenance and Security** > **Maintenance** > **Log**.
2. Set search conditions **Major Type**, **Minor Type**, **Start Time**, and **End Time**.
3. Click **Search**.

   The matched log files will be displayed on the log list.
4. **Optional:** Click **Export** to save the log files in your computer.

https://pinfo.hikvision.com/hkwsen/unzip/20240822144410_43367_doc/index.html?guid=GUID-7E2A9CFD-1CAB-4B81-AE9E-01BBEAE69537.html

<table>
<tr>
<td></td>
<td>



https://www.hikvision.com/content/dam/hikvision/products/S000000001/ S000000002/S000000003/S000000021/OFR000052/M000012238/ User_Manual/UD16026B_Baseline_User-Manual-of-Network- Camera_V5.5.95_20190812.pdf

</td>
</tr>
<tr>
<td>

establish a second communication with the second device based on the unique identifier of the second device, where the second communication allows the second device to control the camera, wherein controlling the camera comprising one or more of: capturing an image using the camera, capturing a video using the camera, zooming the

</td>
<td>

The accused product discloses establishing a second communication (e.g., second IP session) with the second device (e.g., a second device used to access the accused product) based on the unique identifier (e.g., a unique IP address) of the second device (e.g., a second device used to access the accused product), where the second communication (e.g., second IP session) allows the second device (e.g., a second device used to access the accused product) to control the camera (e.g., the accused product), wherein controlling the camera comprising one or more of: capturing an image using the camera, capturing a video using the camera, zooming the camera, panning the camera and, tilting the camera.

As shown below, the accused product hosts a web server which provides an interface to access the accused product from a second device using a user account with login credential. Upon access by a second device, the accused product establishes and records an IP session, during which the camera logs the

</td>
</tr>
</table>

| | |
|---|---|
| camera, panning the camera and, tilting the camera. | source IP address of the second device. This IP address serves as a unique identifier and is stored in association with the camera in its access logs. Upon successful authentication, the web interface allows the user to control the accused product, including functions such as capturing video.<br><br><br><br>https://www.hikvision.com/content/dam/hikvision/products/S000000001/S000000002/S000000003/S000000021/OFR000052/M000012238/User_Manual/UD16026B_Baseline_User-Manual-of-Network-Camera_V5.5.95_20190812.pdf |

# What Is an IP Session?

An IP session refers to a temporary connection between two devices (e.g., your computer and a website server) using their Internet Protocol (IP) addresses. It establishes a pathway for data exchange, with a defined start and end point. Sessions are governed by protocols like TCP/IP and are essential for tasks requiring persistent communication, such as:

https://blog.proxy302.com/index.php/what-are-ip-sessions-the-complete-guide-2025/



https://www.youtube.com/watch?v=-SySAiQLTiY



https://www.youtube.com/watch?v=-SySAiQLTiY

| 8. The camera of claim 7, wherein the first communication comprises streaming a view from the camera to the first device; or the second communication comprises streaming a view from the camera to the second device. | The accused product is the camera of claim 7, wherein the first communication (e.g., first IP session) comprises streaming a view from the camera to the first device (e.g., a first device used to access the accused product).<br><br>As shown below, the accused product hosts a web server which provides an interface to access the accused product from a first device using a user account with login credential. Upon access by a first device, the accused product establishes and records an IP session, during which the camera logs the source IP address of the first device. Upon successful authentication, the web interface streams a view from the accused product. |

# What Is an IP Session?

An IP session refers to a temporary connection between two devices (e.g., your computer and a website server) using their Internet Protocol (IP) addresses. It establishes a pathway for data exchange, with a defined start and end point. Sessions are governed by protocols like TCP/IP and are essential for tasks requiring persistent communication, such as:

https://blog.proxy302.com/index.php/what-are-ip-sessions-the-complete-guide-2025/



https://www.youtube.com/watch?v=-SySAiQLTiY



https://www.youtube.com/watch?v=-SySAiQLTiY

| 10. The camera of claim 7, wherein the processor and the computer program code are further configured to cause the camera to: | The accused product is the camera of claim 7, wherein the processor (e.g., processor of the accused product) and the computer program code (e.g., firmware) are further configured.<br><br>As shown below, the accused product is an IP camera and includes a processor that runs firmware that provides features. |
| --- | --- |

The technology behind IP security cameras is very unlike webcams. Computer webcams are only the image sensors which merely capture a raw video file and transmit the data through USB cables. A software application running on the computer (not the camera) utilizes the computer processor to encode the analog input to digital. IP cameras, on the other hand **have their own CPU** (central processing unit), and components necessary to do the encoding, decoding, apply algorithms etc.  Below is an illustrative diagram of an IP camera.  Also highlighted with a dashed red line is the analog part of the camera and all the rest are additional components that make it an IP camera.

Contrary to a webcam, an IP security camera has its own web server. Meaning it has the capacity to stream video independently from a computer.  That's why similar to a computer, memory components and a CPU exist within a camera to handle video compression, web server firmware, de-interlace preprocessing, noise filtering and so on.

https://cctvagent.com/security-cameras/inside-ip-security-cameras



**DS-2DE4425IW-DE**                                          Specification        Resources

**Firmware**    ⓘ   For better user experience, we highly recommend you to update your device to the latest firmware asap.

Firmware_V5.8.12_250915

V5.8.12_250915 Release Note

Applied to:    DS-2DE4425IW-DE(T5)    DS-2DE4425IW-DE( -STD)(T5)

computer program code

https://www.hikvision.com/us-en/products/network-products/ip-ptz-cameras/pro-series/ds-2de4425iw-de/

| | |
|---|---|
| | ## What is firmware?<br><br>Firmware, also known as "software for hardware," is program code embedded in hardware devices that enables them and their features to function properly. Firmware is regularly updated to fix common problems, add or expand features or increase a device's compatibility with new technologies.<br><br>Many devices rely on firmware to function, including TVs, cameras, mobile phones, printers, drives and more. Firmware is located in a device's nonvolatile memory, where content can be stored when a device is off. Firmware can be written to different memory types including, random access memory (RAM), read-only memory (ROM), erasable programmable read-only memory (EPROM) and flash memory.<br><br>Whitepaper<br>Empowering platform teams to do cloud right<br><br>Learn how platform teams can standardize workflows and unify infrastructure and security lifecycle management with a platform-as-a-product approach.<br><br>Read the whitepaper →<br><br>https://www.ibm.com/think/topics/firmware |
| receive a request from the first device to capture an image or video; | The accused product discloses receiving a request from the first device (e.g., a first device used to access the accused product) to capture an image or video.<br><br>As shown below, the accused product provides a web interface that, when accessed from a first device, includes an option to manually capture an image or video. |



| | The accused product discloses capturing an image or video using the camera (e.g., the accused product). |
|---|---|
| capture an image or video using the camera; and | As shown below, the accused product provides a web interface that, when |

<table>
<tr><td></td><td>

accessed from a first device, includes an option to manually capture an image or video.



### 7.3.2 Capture Manually

**Steps**

1. Go to Configuration → Local .

2. Set the Image Format and saving path to for snapshots.

JPEG

The picture size of this format is comparatively small, which is better for network transmission.

BMP

The picture is compressed with good quality.

3. Click Save.

4. Click 📷 near the live view or play back window to capture a picture manually.

https://www.manualslib.com/manual/4082057/Hikvision-Ds-2de4425iw-De-T5.html?page=57#manual

### 7.2.2 Record Manually

**Steps**

1. Go to Configuration → Local .
2. Set the Record File Size and saving path to for recorded files.
3. Click Save.
4. Click 📹 to start recording. Click 📹 to stop recording.

https://www.manualslib.com/manual/4082057/Hikvision-Ds-2de4425iw-De-T5.html?page=55#manual

</td></tr>
<tr><td>provide the image or video</td><td>The accused product discloses provide the image or video to the first device</td></tr>
</table>

| to the first device or a user. | (e.g., a first device used to access the accused product) or a user. |
|---|---|
|  | As shown below, the captured image or video provided to the user through the picture option of the accused product. |



7.3.3 View and Download Picture

You can search, view and download the pictures stored in the local storage or network storage.

Steps
1. Click Picture.
2. Set search condition and click Search.
   The matched pictures showed in the file list.
3. Select the pictures then click Download to download them.

[i] Note

Go to Configuration → Local , click Save snapshots when playback to change the saving path of pictures.

https://www.manualslib.com/manual/4082057/Hikvision-Ds-2de4425iw-De-T5.html?page=57#manual

7.2.3 Playback and Download Video

You can search, playback and download the videos stored in the local storage or network storage.

Steps
1. Click Playback.
2. Set search condition and click Search.
   The matched video files showed on the timing bar.
3. Click ▶ to play the video files.

https://www.manualslib.com/manual/4082057/Hikvision-Ds-2de4425iw-De-T5.html?page=55#manual

| 11. The camera of claim 10, wherein provide the image or video comprises providing the image or video to a storage. | The accused product is the camera of claim 10, wherein provide the image or video comprises providing the image or video to a storage (e.g., local storage or network storage). As shown below, the captured images are stored on a local storage or network storage. |
| --- | --- |

### 7.3.3 View and Download Picture

You can search, view and download the pictures stored in the local storage or network storage.



Steps
1. Click Picture.
2. Set search condition and click Search.
   The matched pictures showed in the file list.
3. Select the pictures then click Download to download them.

Note

Go to Configuration → Local , click Save snapshots when playback to change the saving path of pictures.

https://www.manualslib.com/manual/4082057/Hikvision-Ds-2de4425iw-De-T5.html?page=57#manual

### 7.2.3 Playback and Download Video

You can search, playback and download the videos stored in the local storage or network storage.

Steps
1. Click Playback.
2. Set search condition and click Search.

    The matched video files showed on the timing bar.

3. Click ▶ to play the video files.

https://www.manualslib.com/manual/4082057/Hikvision-Ds-2de4425iw-De-T5.html?page=55#manual

### 7.1.3 Set NAS

Take network server as network disk to store the record files, captured images, etc.

Before You Start
Get the IP address of the network disk first.

Steps
1. Go to NAS setting page: Configuration → Storage → Storage Management → Net HDD .
2. Click HDD No.. Enter the server address and file path for the disk.

    Server Address

        The IP address of the network disk.

    File Path

https://www.manualslib.com/manual/4082057/Hikvision-Ds-2de4425iw-De-T5.html?page=53#manual